MOSES McCLURE *v.* B. F. HUME.

**Contracts—Minor—Constructive Fraud.**

    A purchaser of cattle from the son of plaintiff, who was under age, and known to the defendant, renders him liable for the highest market value thereof.

APPEAL FROM GRANT CIRCUIT COURT.

July 6, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The appellee's minor son had no authority to sell, and this the appellant knew; and he was therefore liable to the appellee for

the market value of the cattle thus converted by a constructive fraud to his own use, subject to a credit for the amount paid to the appellee. The appellee had a right to maintain his action, as brought, for that balance. And the verdict and judgment are for no more than the *maximum* amount authorized by the testimony. Nor do we perceive any error in instructing or refusing to instruct the jury.

Wherefore the judgment is *affirmed*.

*Scott*, for appellant.

*McManama*, for appellee.